IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **CARL ROE,** | : | CIVIL ACTION NO. 1:17-CV-186 |
| Plaintiff | : | (Chief Judge Conner) |
| v. | : | |
| **THE PENNSYLVANIA GAME COMMISSION,** *et al.,* | : | |
| Defendants | : | |

## ORDER

AND NOW, this 12th day of March, 2018, upon consideration of the motion (Doc. 9) filed by defendants, seeking to dismiss the complaint (Doc. 1) of plaintiff Carl Roe ("Roe"), and the parties' respective briefs in support of and opposition to said motion (Docs. 11, 23, 25), and for the reasons stated in the accompanying memorandum, it is hereby ORDERED that:

1. Defendants' motion (Doc. 9) to dismiss is GRANTED as follows:

    a. Roe's Fourteenth Amendment procedural due process claim against all defendants is DISMISSED with prejudice.

    b. Roe's state law claims for breach of contract and promissory estoppel against defendant Pennsylvania Game Commission and the individual defendants in their official capacities are DISMISSED with prejudice.

    c. Roe's state law claims for breach of contract and promissory estoppel against the individual defendants in their personal capacities are DISMISED without prejudice.

2. The Clerk of Court is DIRECTED to terminate defendant Ronald A. Weaner as a party to the above-captioned action.

3. Roe is granted leave to amend his pleading within twenty (20) days of the date of this order, consistent with paragraph 1 above.  In the absence of a timely filed amended complaint, the Clerk of Court shall close this case.

    /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania